UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| Amy Richardson, as Representative of the Estate of Jordan Richardson, ) ) ) | |
| Plaintiff, ) | Case No. 24-cv-2113 |
| v. ) ) | |
| Jerry King and the Village of Rantoul, IL ) ) | |
| Defendants. ) | |

### PLAINTIFF'S UNOPPOSED VOLUNTARY MOTION TO DISMISS

Now comes Plaintiff, by and through her attorneys, and hereby moves unopposed pursuant to Federal Rule of Civil Procedure 41 to voluntarily dismiss this cause of action, without prejudice. In support thereof, Plaintiff states:

1. On May 17, 2024 Plaintiff filed her Complaint against Jerry King and the Village of Rantoul, Illinois alleging claims of excessive force under federal law, and wrongful death and a survival action under state law. *See* ECF No. 1.

2. On August 29, 2024, Defendant Village of Rantoul answered the Complaint and did not assert any counterclaims. *See* ECF No. 9. On August 30, 2024, Defendant Jerry King answered the Complaint and did not assert any counterclaims. *See* ECF No. 10.

3. On September 10, 2024, the Court entered the following scheduling order:

   Initial disclosures due 9/30/24, amended pleadings due 12/30/24, joinder of parties due 2/28/25, Plaintiff's deadline to disclose experts and provide expert reports is 8/29/25, Plaintiff shall make experts available for deposition by 9/30/25, Defendant's deadline to disclose experts and provide expert reports is 10/31/25, Defendant shall make experts available for deposition by 11/28/25, discovery closes 11/28/25, case dispositive motions due 1/30/26. Final Pretrial Conference set for 6/8/26 at 10:45 AM, before Judge Colin S. Bruce, Courtroom A, Urbana. Jury Trial set for 6/23/26 at 9:00 AM, before Judge Colin S. Bruce, Courtroom A, Urbana.

   *See* ECF No. 12.

4. Since September 10, 2024, the parties have made their Initial 26(a) disclosures and finished most, but not all, of fact discovery. The parties have not engaged in expert discovery, nor any dispositive motion practice.

5. Federal Rule of Civil Procedure 41 states in relevant part, "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms the court considers proper."

6. Plaintiff respectfully requests this Honorable Court dismiss this case, without prejudice, so as to allow Plaintiff to refile her state law claims in state court.

7. The parties have conferred and Defendants do not oppose the granting of this motion.

**WHEREFORE**, Plaintiff prays this Honorable Court grant the above requested relief and for any such further relief this Court deems just.

Respectfully submitted,

FOR PLAINTIFF,

*/s/ Jason Marx*

Attorney No. 6279266
Hale & Monico, LLC
53 W. Jackson, Suite 334
Chicago, IL 60604
(312) 870-6912
jmarx@halemonico.com

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify I filed the foregoing using the Court's electronic filing system on August 5, 2025. As a result, copies of the filed document were electronically served upon all counsel of record.

*/s/ Jason Marx*